UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. BOCKARI,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:19-cv-00698-AC<br><br><br><br>ORDER |

Plaintiff is proceeding pro se and in forma pauperis in this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") to withhold plaintiff's disability benefits while he was incarcerated. The parties have consented to the jurisdiction of a United States Magistrate Judge, pursuant to 28 U.S.C. § 636(c)(1), to conduct all further proceedings in this case, including entry of final judgment. ECF Nos. 7, 10.

Plaintiff filed his complaint on April 25, 2019. ECF No. 1. On May 22, 2019, before the filing of the administrative record by the Commissioner, plaintiff filed a motion for summary judgment (ECF No. 8) and has since filed an addendum containing several medical records (ECF No. 11).

In appeals from a final decision by the Commissioner, the court's review is limited to the documents that were before the ALJ and/or considered by the Appeals Council, known as the

1

administrative record.  See Brewes v. Comm'r of Soc. Sec. Admin., 682 F.3d 1157, 1163–64 (9th Cir. 2012).  The Commissioner will file a certified copy of the administrative record within 90 days of being served with the complaint and summons.  In this case, the Commissioner was served on June 11, 2019 (ECF No. 12), so the Commissioner's deadline to file the administrative record is September 9, 2019.  Plaintiff does not need to file additional records with the court, and the court will not consider additional documents that were not before the ALJ and/or Appeals Council.

Once the Commissioner has filed and served the administrative record, plaintiff will have 45 days from the service date to file an amended motion for summary judgment.  Although plaintiff may rest on his existing May 22, 2019 motion for summary judgment, plaintiff is cautioned that it would be in his interest to file an amended motion with citations to specific portions of the certified administrative record once it has been lodged.

IT IS SO ORDERED.

DATED: July 10, 2019.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE