MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov
    Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

| | |
|---|---|
| PATRICK A. BOCKARI,<br><br>                Plaintiff,<br>v.<br><br>ANDREW SAUL,[1]<br>Commissioner of Social Security,<br><br>                Defendant. | Case No. 2:19-CV-00698-TLN-AC<br><br>**MOTION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE ANSWER AND ADMINISTRATIVE RECORD** |

    Andrew Saul, Commissioner of Social Security (Defendant), through counsel of record, requests an extension of time of thirty (30) days to file his Answer and the Administrative Record. The current due date is September 9, 2019. The new date will be October 9, 2019. Defendant requests this extension because the administrative record is not yet available and the Commissioner requires more time to compile the paper copy of the record. Defendant's request is made in good faith with no intention to unduly delay the proceedings. Defendant further requests that all other deadlines be

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

- 1 -

extended accordingly, such that Plaintiff's motion for summary judgment shall be due November 25, 2019.

Counsel for Defendant contacted Plaintiff, Patrick A. Bockari, on September 5, 2019, via telephone to request consent to file this extension. Plaintiff refused to consent.

Respectfully submitted,

Date: September 5, 2019

MCGREGOR W. SCOTT
United States Attorney

*/s/ Gina Tomaselli*
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

GOOD CAUSE APPEARING, PURSUANT TO THIS MOTION, IT IS SO ORDERED. DEFENDANT SHALL FILE HIS ANSWER AND THE ADMINSITRATIVE RECORD ON OR BEFORE OCTOBER 9, 2019.

DATED: September 6, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE