MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov
    Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| PATRICK A. BOCKARI,<br>            Plaintiff,<br>v.<br>ANDREW SAUL,[1]<br>Commissioner of Social Security,<br>           Defendant. | Case No. 2:19-CV-00698-TLN-AC<br><br>**REQUEST AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME** |

Defendant Andrew Saul, Commissioner of Social Security (Defendant), by and through his counsel of record, requests an extension of time of 30 (thirty) days to file his Opposition to Plaintiff's Opening Brief. The current due date is December 19, 2019. The new date will be January 21, 2020. Defendant requests this extension because the attorney responsible for briefing this case has a chronic health condition that requires her to take intermittent leave and is contending with an unusually heavy workload. Defendant attempted to reach Plaintiff and left a voicemail message earlier this week but has

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

- 1 -

not yet received a response.  This request is made in good faith with no intention to unduly delay the proceedings.  Defendant further requests that Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: December 19, 2019

MCGREGOR W. SCOTT
United States Attorney

 /s/ Gina Tomaselli
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED. DEFENDANT SHALL FILE HIS OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE JANUARY 21, 2020.

DATED: December 19, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE