UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. BOBKARI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:19-cv-00698-TLN-AC<br><br>**ORDER** |

　　　　Plaintiff Patrick A. Bobkari ("Plaintiff") is proceeding in this social security action *pro se* and *in forma pauperis*. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(15) and (21).

　　　　On April 13, 2020, the magistrate judge filed findings and recommendations which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 30.) On May 6, 2020, Plaintiff filed Objections to the Findings and Recommendations. (ECF No. 31.)

　　　　This Court reviews *de novo* those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982); *see also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). As to any portion of the proposed

findings of fact to which no objection has been made, the Court assumes its correctness and decides the motions on the applicable law. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Having carefully reviewed the entire file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis. Plaintiff's objections to the Findings and Recommendations assert arguments already properly addressed by the magistrate judge and are therefore overruled.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 13, 2020 (ECF No. 30), are adopted in full;

2. Plaintiff's Amended Motion for Summary Judgment (ECF No. 21) is DENIED, and his motions at ECF No. 20 and 8 are DISREGARDED as premature and duplicative;

3. The Commissioner's Motion for Remand (ECF No. 24) is GRANTED;

4. The matter is REMANDED to the Commissioner for further proceedings; and

5. The Clerk of the Court shall enter judgment for Defendant and close this case.

IT IS SO ORDERED.

DATED: May 27, 2020

Troy L. Nunley
United States District Judge